**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:25-cv-12661-RMG |
| | ) | |
| S&P SPECIAL FRAMING LLC; | ) | |
| MILTON SARAVIA; and AMADEO | ) | |
| VENEGAS RIOS | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, ATAIN SPECIALTY INSURANCE COMPANY ("Atain"),

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice of dismissal of this action,

<u>without</u> prejudice.

Dated: December 17, 2025

COOPER | TIERNEY

*/s/ M. Linsay Boyce*
Lindsey W. Cooper (D.S.C. Bar No. 9909)
lwc@coopertierney.com
M. Linsay Boyce (D.S.C. Bar No. 11952)
linsay@coopertierney.com
Dustin Pitts (D.S.C. Bar No. 13511)
djp@coopertierney.com
36 Broad Street, 3rd Floor
Charleston, SC  29401
P: 843-375-6622
F: 843-375-6623
*Attorneys for Atain Spec. Ins. Co.*